**SET ASIDE and REMAND; and Opinion Filed July 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00650-CV

### DAPHNE J. BRIZENDINE, Appellant
### V.
### JERRY L. SWAIN, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12458**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. They ask that we set aside the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with their agreement.

We grant the parties' motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140650F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAPHNE J. BRIZENDINE, Appellant

No. 05-14-00650-CV       V.

JERRY L. SWAIN, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-12-12458.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Francis, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to the merits and the case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that the parties bear their own costs of this appeal.

After all of appellant's costs have been paid, it is **ORDERED** that the supersedeas bond be released and the obligations of State Farm and Casualty Company as surety be discharged.

Judgment entered this 31st day of July, 2014.